```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA           :

                                       :       22-CR-128 (VEC)
         -against-                    :
                                       :          <u>ORDER</u>
                                       :
   QUADAE BERGER,                      :
                                       :
                     Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 1, 2022, an indictment was returned in this matter, *see* Dkt. 4;

       WHEREAS the Court referred the parties to Magistrate Court for Mr. Berger's arraignment and bail application, to take place during the week of March 21, 2022;

       IT IS HEREBY ORDERED that an initial pretrial conference is scheduled for **March 30, 2022 at 3:00 p.m.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

*[signature: Valerie Caproni]*

**Date: March 3, 2022**                                                   **VALERIE CAPRONI**
       **New York, NY**                                           **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.