USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA                 :

                                          :      22-CR-128 (VEC)
          -against-                          :
                                          :        ORDER

   QUADAE BERGER,                              :

                       Defendant.             :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 1, 2022, an indictment was returned in this matter, *see* Dkt. 4;

       WHEREAS the Court referred the parties to Magistrate Court for Mr. Berger's arraignment and bail application, to take place during the week of March 21, 2022, *see* Dkt. 5;

       WHEREAS the Court scheduled an initial pretrial conference for March 30, 2022 at 3:00 p.m., *see id.*;

       WHEREAS nothing on the docket indicates that Mr. Berger's arraignment took place during the week of March 21, 2022, as ordered; and

       IT IS HEREBY ORDERED that the parties must, no later than **March 29, 2022 at 12:00 p.m.**, file a joint update with the Court indicating: (1) whether Mr. Berger has been arraigned and, if not, why not; and (2) whether Mr. Berger intends to make a bail application.

**SO ORDERED.**

**Date: March 28, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**