```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                  :
                                          :      22-CR-128 (VEC)
            -against-                     :
                                          :      ORDER
                                          :
QUADAE BERGER,                            :
                                          :
                        Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant was arraigned on March 30, 2022;

IT IS HEREBY ORDERED that Defendant's pretrial motions, if any, are due by **June 3, 2022**. The Government's opposition is due by **July 1, 2022**, and Defendant's reply is due by **July 13, 2022**.

IT IS FURTHER ORDERED that all motions *in limine* are due by **August 5, 2022**. Responses are due by **August 19, 2022**. Requests to charge and proposed voir dire questions are due by **September 2, 2022**. Counsel are directed to provide only proposed voir dire questions that are tailored to the facts of this case.

IT IS FURTHER ORDERED that a final pretrial conference is scheduled for **October 6, 2022 at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that trial will begin on **October 11, 2022 at 10:00 a.m.**

IT IS FURTHER ORDERED that time is excluded for the period between now and October 110, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice served by giving Defendant additional time, given the logistical difficulties that are

continuing to be caused by COVID-19 and the need for Defendant to consult with counsel in-person, outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date:  March 30, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**