USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                              :
                                                      :       22-CR-128 (VEC)
            -against-                                 :       17-CR-511 (VEC)
                                                      :
                                                      :       ORDER
QUADAE BERGER,                                        :
                                                      :
                        Defendant.                    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 13, 2018, Defendant was sentenced by Judge Stein to 20 months' imprisonment and two years of supervised release for violating 18 U.S.C. § 1962(d), Dkt. 298 (17-CR-511);

WHEREAS on December 1, 2021, Probation informed Judge Stein that Defendant had been arrested on November 21, 2021 by the NYPD for criminal possession of a weapon in the second degree and that he was allegedly in violation of the terms of his supervised release;

WHEREAS on March 1, 2022, a federal indictment was returned charging Defendant with one count of being a felon in possession of a firearm, *see* Dkt. 4; (22-CR-128);

WHEREAS that criminal case (22-CR-128) was assigned to the Undersigned; and

WHEREAS on April 22, 2022, Defendant's original criminal case (17-CR-511), including the alleged violation of the terms of supervised release, was reassigned to the Undersigned.

IT IS HEREBY ORDERED that all proceedings connected to Defendant's alleged violations of the terms of his supervised release are adjourned *sine die* pending resolution of the new criminal case (22-CR-128). The Court refers the parties to Case No. 22-CR-128, docket entry 10, for all pre-trial deadlines.

**SO ORDERED.**

**Date:  April 26, 2022**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**