USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2022

**MEMO ENDORSED**

**Jin P. Lee**
**The Law Office of Jin P. Lee**
**30 Wall Street, 8th Fl.**
**New York, NY 10005**
**(212) 709-8242**
**jinpleelaw@gmail.com**

Sept. 13, 2022

The Honorable Valerie E. Caproni
U.S. District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Quadae Berger, 22 Cr. 128 (VEC)**

Your Honor:

    With the consent of A.U.S.A. Madison Smyser, we respectfully request an adjournment of Mr. Berger's October 4, 2022 sentencing proceeding to a date in late November or December.

    The reason for this request is that counsel needs additional time to obtain materials to include in Mr. Berger's sentencing submission. In addition, we have conferred with the Government and are working to resolve the pending violation of supervised release (17-cr-511) so that we can address both the instant case and the underlying violation of supervised release matter in our sentencing submission.

    Thank you for your consideration of this request.

Sincerely,

[s]
_____
Eric Franz

Jin P. Lee

Cc: Madison Smyser

Application GRANTED. Mr. Berger's sentencing scheduled for October 4, 2022, is hereby ADJOURNED to **Wednesday, November 30, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due by no later than **November 16, 2022**.

SO ORDERED.

Date: 9/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE