```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA          :

                                               :       22-CR-128 (VEC)
          -against-                 :       17-CR-511 (VEC)
                                               :
                                               :       <u>ORDER</u>
   QUADAE BERGER,                       :

                         Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 24, 2022, Mr. Berger appeared for a change-of-plea hearing and entered a plea of guilty as to the charge of being a felon in possession of a firearm (22 CR 128);

       WHEREAS there is also a charge that Mr. Berger violated the terms of supervised release in 17 CR 511; and

       WHEREAS Mr. Berger's sentencing on the criminal charge and hearing on the violation of supervised release specifications has been adjourned to Wednesday, November 30, 2022 at 10:00 a.m., *see* Dkt. 26 in 22-cr-128.

       IT IS HEREBY ORDERED that the hearings previously scheduled for October 4, 2022, Dkt. 19, and October 6, 2022, Dkt. 10, are CANCELLED.

       IT IS FURTHER ORDERED that the Court will immediately proceed to sentencing on the criminal charge after the hearing on the violation of supervised release. If the Court finds at the hearing that Mr. Berger violated supervised release, the Court will impose a sentence on both the criminal charge and the violation of supervised release at the hearing.

**SO ORDERED.**

Date:  **September 28, 2022**                               _____
       **New York, NY**                                      **VALERIE CAPRONI**
                                                                        **United States District Judge**